# EXHIBIT 2

 **CT Corporation**

**Service of Process Transmittal**
10/29/2018
CT Log Number 534316425

**TO:**  Kim Lundy Service of Process, Legal Support Supervisor
Walmart Inc.
702 SW 8th St, MS#0215
Bentonville, AR 72716-6209

**RE:**  **Process Served in Kentucky**

**FOR:**  Walmart Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Johnson Steven, Pltf. vs. Walmart Stores Inc. #709 and Walmart Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Hardin County Circuit Court, KY<br>Case # 18CI01697 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 02/16/2018 - 100 Walmart Driver, Elizabethtown, Kentucky 42701 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 10/29/2018 postmarked on 10/23/2018 |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | Ryan Russell<br>Alex R White, PLLC<br>908 Minoma Avenue<br>Louisville, KY 40217<br>502-882-7552 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/30/2018, Expected Purge Date: 11/04/2018<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| **TELEPHONE:** | 609-538-1818 |

Page 1 of  1 / PS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

LORETTA CRADY
HARDIN CIRCUIT COU
HARDIN COUNTY JUS
120 EAST DIXIE AVEN
ELIZABETHTOWN, KY 42701-1975

9414 7266 9904 2967 5192 48
**RETURN RECEIPT REQUESTED**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 42701 $ 011.98⁰
02 4W
0000339327 OCT. 23. 2018

CT CORPORATION SYSTEM
306 WEST MAIN STREET
FRANKFORT, KY 40601
18-CI-1697 SE

LINE 1·

Thank you for using Return Receipt Service

FOLD AND TEAR HERE

| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **18-CI-01697**<br><br>Court:   **CIRCUIT**<br><br>County: **HARDIN**<br><br>*DIV. III* |

*Plantiff,* **JOHNSON, STEVEN VS. WALMART STORES INC #709, ET AL**, *Defendant*

### TO: CT CORPORATION SYSTEM
### 306 WEST MAIN STREET
### FRANKFORT, KY 40601

Memo: Related party is WALMART INC.

The Commonwealth of Kentucky to Defendant:
**WALMART INC.**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                    /s/ Loretta Crady, Hardin Circuit Clerk
                    Date: **10/22/2018**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____          _____

                                        Served By

                                       _____

                                        Title

Summons ID: 12755919334634@00000301232
CIRCUIT: 18-CI-01697 Certified Mail
JOHNSON, STEVEN VS. WALMART STORES INC #709, ET AL



Page 1 of 1             *e*Filed

Package:000002 of 000005       Presiding Judge: HON. KELLY MARK EASTON (609182)       Package : 000002 of 000005

NO. _____

HARDIN CIRCUIT COURT
DIVISION _____
JUDGE _____

*Electronically Filed*

**STEVEN JOHNSON**                                                                    **PLAINTIFF**

v.

**WALMART STORES INC. #709**                                            **DEFENDANTS**
Property Tax Dept. MS 0555
PO Box 8050
Bentonville, AR 72712-8050

**WALMART INC.**
702 SW 8th Street
Benton, AR 7216

Serve:  CT Corporation System
            306 West Main Street
            Frankfort, KY  40601

## COMPLAINT

\*          \*          \*          \*          \*

Comes the Plaintiff, Steven Johnson, by and through undersigned counsel, and for his

cause of action against Defendants Walmart Stores Inc. #709. (hereinafter, "Walmart Stores"),

and Walmart Inc. hereby states as follows:

1.       The incident giving rise to this action occurred in Elizabethtown, Hardin County,

Kentucky.

2.       At all times relevant hereto, the Plaintiff, Steven Johnson, resided in Cecilia,

Hardin County, Kentucky.

3.      At all times relevant hereto, Defendants owned, operated, managed, and/or supervised a Wal-Mart store located at 100 Walmart Driver, Elizabethtown, Kentucky 42701 (hereinafter, the "Premises").

4.      At all times relevant hereto, Defendant Walmart Inc. is a foreign corporation principally located in Benton, Arkansas. Defendant's registered agent is CT Corporation System which is located at 306 West Main Street, Frankfort, Kentucky 40601. Defendant Walmart Inc. has the required minimum contacts to be subject to the jurisdiction of this Court.

5.      At all times relevant hereto, the Defendants, by and through their agents, ostensible agents, servants, employees and/or representatives, had a duty to maintain and keep the Premises safe for the use of individuals legally coming upon same, along with warning its invitees of all known dangerous conditions; Defendants had a duty to maintain the Premises in a safe and reasonable manner.

6.      Plaintiff was an invitee on the Premises.

7.      On or about February 16, 2018, Plaintiff was in the parking lot of the Premises.

8.      The parking lot of the Premises was completely black due to all of the lights being out.

9.      Plaintiff, unable to see the ground, slipped on loose gravel in the parking lot of the Premises.

10.     The Plaintiff fell several feet, causing personal injury.

11.     The lights being out in the parking lot of the Premises in addition to the loose gravel constituted a dangerous condition on the Premises.

2

Package:000004 of 000005          Presiding Judge: HON. KELLY MARK EASTON (609182)          Package : 000004 of 000005

12.   Defendants failed to repair the dangerous condition or adequately warn Plaintiff of its presence.

13.   As a direct and proximate result of the negligent acts and/or omissions of the Defendants and their agents, the Plaintiff was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, increased risk of harm, mental anguish and lost enjoyment of life.

14.   The Plaintiff's damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

**WHEREFORE**, the Plaintiff, by and through undersigned counsel, respectfully demands judgment against the Defendants as follows:

1.   For an amount of compensatory damages that is fair and reasonable as established by the evidence;

2.   For prejudgment interest from the date of injury until such time as judgment is paid;

3.   For his costs herein expended; and

4.   For any and all other relief to which he may be entitled.

Respectfully submitted,

**Alex R. White, PLLC**

Alex White
Ryan Russell
908 Minoma Avenue
Louisville, KY 40217
Telephone: (502) 882-7552
Ryan@arwhitelaw.com
*Counsel for Plaintiff*

3

Package:000005 of 000005          Presiding Judge: HON. KELLY MARK EASTON (699182)          Package :000005 of 000005

Filed          18-CI-01697    11/06/2018        Loretta Crady, Hardin Circuit Clerk

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION 3
CIVIL ACTION NO.: 18-CI-01697
*Electronically Filed*

STEVEN JOHNSON                                                    PLAINTIFF

v.

WALMART STORES INC. #709, et al                                  DEFENDANTS

### NOTICE OF SERVICE

Defendant, Walmart Inc., by and through counsel, hereby gives Notice of Service of its

First Set of Interrogatories and Request for Production of Documents Propounded to Plaintiff by

U.S. mail on November 6, 2018.

Respectfully submitted,

/s/ *Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

Filed          18-CI-01697    11/06/2018        Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01697     11/06/2018          Loretta Crady, Hardin Circuit Clerk

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 6th day of November, 2018. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Alex White
Hon. Ryan Russell
908 Minoma Avenue
Louisville, Kentucky 40217
*Counsel for Plaintiff*

/s/ Jennifer Kincaid Adams
*Counsel for Defendants*

2

Filed          18-CI-01697     11/06/2018          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01697    11/06/2018          Loretta Crady, Hardin Circuit Clerk

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION 3
CIVIL ACTION NO.: 18-CI-01697
*Electronically Filed*

STEVEN JOHNSON                                    PLAINTIFF

v.

WALMART STORES INC. #709, et al                  DEFENDANTS

### ANSWER OF DEFENDANTS

Defendants, Walmart Stores Inc. #709 (incorrectly named and served), and Walmart Inc., hereinafter collectively referred to as "Walmart", by and through counsel, for their Answer to the Plaintiff's Complaint, hereby state as follows:

### FIRST DEFENSE

Subject to what discovery may reveal, the Complaint fails, in whole or in part, to state a claim upon which relief can be granted and should, therefore, be dismissed in its entirety with prejudice.

### SECOND DEFENSE

Subject to what discovery may reveal, Walmart states that at the time and on the occasion described in the Complaint, the Plaintiff was guilty of negligence or fault, which was a substantial factor in causing and bringing about the incident in controversy and alleged damages; and that but for the comparative negligence and fault on the part of the Plaintiff, the incident would not have occurred and damages, if any, would not have been sustained.  Walmart relies upon the negligence and fault of the Plaintiff as a partial and/or complete bar to any recovery herein and requests an apportionment instruction at the trial of this matter pursuant to KRS 411.182.

Filed            18-CI-01697    11/06/2018        Loretta Crady, Hardin Circuit Clerk

### THIRD DEFENSE

Walmart states that the incident in controversy and alleged damages, if any, may have been caused and brought about by and were the proximate result of a superseding and intervening negligent act, or negligent failure to act, on the part of someone other than Walmart and that but for this superseding and intervening cause, the incident and any alleged damages, if any, would not have been sustained. Walmart relies upon this superseding and intervening act as a partial and/or complete bar to any recovery herein.

### FOURTH DEFENSE

Walmart states that the Plaintiff may have failed to mitigate damages, if any, and relies upon this failure as a partial and/or complete bar to recovery herein.

### FIFTH DEFENSE

Walmart pleads any and all affirmative defenses set forth in Rules 8.03 and 12 of the Kentucky Rules of Civil Procedure as if set forth at length herein and specifically states that Plaintiff's claim may be barred by the statute of limitations and lack of jurisdiction and venue.

### SIXTH DEFENSE

Subject to what discovery may reveal, the injuries and damages alleged in the Complaint, if any, were caused and brought about by and were the proximate result of a pre-existing condition, which condition existed prior to the date of the incident, and said pre-existing condition is either the proximate cause of the Plaintiff's injuries and damages or contributing cause of said injuries and damages; and but for said pre-existing condition, Plaintiff's injuries and damages would not and could not have occurred, or in the alternative, would not and could not have been as extensive as alleged in the Plaintiff's Cause of Action against Walmart herein.

2

Filed          18-CI-01697   11/06/2018          Loretta Crady, Hardin Circuit Clerk

Walmart hereby relies upon said negligence and/or fault of the Plaintiff as a complete bar to any recovery by the Plaintiff on the Complaint herein.

### SEVENTH DEFENSE

The Complaint demands relief that is not recoverable under Kentucky law and Walmart raises this as an affirmative defense.

### EIGHTH DEFENSE

To the extent that there exists any person or entity who has paid any amounts to or for the benefit of Plaintiff on account of events or injuries or damages alleged in the Complaint and who have not been properly notified of their subrogation rights, Plaintiff has failed to comply with KRS 411.188 and the Complaint is barred.  Alternatively, Plaintiff is precluded from recovery of amounts which are the subject of subrogation rights.  Moreover, to the extent such person or entity exists, Plaintiff is not the real party in interest to the extent of any such payment.

### NINTH DEFENSE

Subject to what discovery may reveal, the injuries and damages alleged in the Complaint, if any occurred, were caused in whole or in part by the primary, active, superseding, intervening negligence and/or intentional acts of Plaintiff and/or third persons or entities other than Walmart for which Walmart has no liability, responsibility, direction or control and Plaintiff's claims are, therefore, barred or reduced in proportion to the fault attributable to persons or entities other than Walmart.

### TENTH DEFENSE

Walmart reserves the right to supplement this Answer and plead any and all additional defenses and affirmative defenses that arise during the course of the litigation.

### ELEVENTH DEFENSE

3

Filed          18-CI-01697     11/06/2018          Loretta Crady, Hardin Circuit Clerk

In response to numerical paragraphs, Walmart states:

1.      Walmart is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in numerical paragraphs 1, 2, 6, and 7 of Plaintiff's Complaint and, therefore, denies same.

2.      Walmart denies the allegations contained in paragraphs 3, 5, 8, 9, 10, 11, 12, 13, and 14 of Plaintiff's Complaint.

3.      In response to the allegations contained in numerical paragraph 4 of the Plaintiff's Complaint, Walmart admits only that Walmart Inc. is a foreign corporation and that its registered agent for service of process is CT Corporation System. Walmart denies the remaining allegations contained in paragraph 4 of Plaintiff's Complaint.

4.      Walmart denies each and every allegation of Plaintiff's Complaint not specifically admitted.

WHEREFORE, Defendants demand as follows:

1.      Plaintiff's Complaint be dismissed with prejudice;

2.      Fault be apportioned pursuant to KRS 411.182;

3.      For their costs herein expended;

4.      Trial by jury on all issues so triable; and

5.      For any and all other relief to which they may be entitled.

Respectfully submitted,
/s/ Jennifer Kincaid Adams
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
Counsel for Defendants

4

Filed          18-CI-01697     11/06/2018          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01697      11/06/2018          Loretta Crady, Hardin Circuit Clerk

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 6th day of November, 2018. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Alex White
Hon. Ryan Russell
908 Minoma Avenue
Louisville, Kentucky 40217
*Counsel for Plaintiff*

*/s/ Jennifer Kincaid Adams*_____
*Counsel for Defendants*

Filed          18-CI-01697      11/06/2018          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01697     11/06/2018          Loretta Crady, Hardin Circuit Clerk

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION 3
CIVIL ACTION NO.: 18-CI-01697
*Electronically Filed*

STEVEN JOHNSON                                           PLAINTIFF

v.

WALMART STORES INC. #709, et al                         DEFENDANTS

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Walmart Stores Inc.

#709 and Walmart Inc.:

Jennifer Kincaid Adams
Blackburn, Domene & Burchett, PLLC
614 West Main Street, Suite 3000
Louisville, KY  40202
502-584-1600
502-584-9971 fax
jadams@bdblawky.com

I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/ Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

Filed          18-CI-01697     11/06/2018          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01697     11/06/2018          Loretta Crady, Hardin Circuit Clerk

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 6th day of November, 2018. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Alex White
Hon. Ryan Russell
908 Minoma Avenue
Louisville, Kentucky 40217
*Counsel for Plaintiff*

/s/ Jennifer Kincaid Adams_____
*Counsel for Defendants*

Filed          18-CI-01697     11/06/2018          Loretta Crady, Hardin Circuit Clerk

Filed          18-CI-01697          01/17/2019          Loretta Crady, Hardin Circuit Clerk

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION 3
CIVIL ACTION NO.: 18-CI-01697

STEVEN JOHNSON                                                                  PLAINTIFF

v.

**NOTICE OF SERVICE**

WALMART STORES INC. #709, et al                                        DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\*

Notice is hereby given that Plaintiff, by and through counsel, have provided to

Defendant, their answers to Defendant's Interrogatories and Requests for Production of

Documents pursuant to Kentucky Rules of Civil Procedure 33, 34 and 36.  These were sent via

U.S. mail and/or electronic mail on this the 17th day of January, 2019.

Respectfully submitted,

**Alex R. White, PLLC**

*/s/ Ryan Russell*_____
Alex White
Ryan Russell
908 Minoma Avenue
Louisville, Kentucky 40217
502.882.7552
Ryan@arwhitelaw.com
*Counsel for Plaintiff*

8C9DC620-96AE-405F-B4A5-D05792741D70 : 000001 of 000002

NO : 000001 of 000002

Filed          18-CI-01697          01/17/2019          Loretta Crady, Hardin Circuit Clerk

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was sent to the following via regular U.S. Mail, postage pre-paid, on this the 17th day of January, 2019:

Jennifer Kincaid Adams
Blackburn Domene & Burchett
614 W. Main Street, #3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

/s/ Ryan Russell_____
Ryan Russell

8C9DC620-96AE-405F-B4A5-D05792741D70 : 000002 of 000002

NO : 000002 of 000002

COMMONWEALTH OF KENTUCKY
HARDIN COUNTY CIRCUIT COURT
DIVISION 3
CIVIL ACTION NO.: 18-CI-01697
*Electronically Filed*

STEVEN JOHNSON                                                    PLAINTIFF

v.

WALMART STORES INC. #709, et al                            DEFENDANTS

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Walmart Stores Inc.

#709 and Walmart Inc.:

Thomas E. Stevens
Blackburn, Domene & Burchett, PLLC
614 West Main Street, Suite 3000
Louisville, KY  40202
502-584-1600
502-584-9971 fax
tstevens@bdblawky.com

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ *Thomas E. Stevens*
Jennifer Kincaid Adams
Thomas E. Stevens
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
tstevens@bdblawky.com
*Counsel for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 22nd day of January, 2019. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Alex White
Hon. Ryan Russell
908 Minoma Avenue
Louisville, Kentucky 40217
*Counsel for Plaintiff*

                                        */s/ Thomas E. Stevens* _____
                                        *Counsel for Defendants*